IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EUGENE J. COLLINS**                                                                                   **PLAINTIFF**

v.                                      Case No. 3:20-cv-00136-KGB

**CHRIS KELLUMS, Deputy Sheriff,**
**Craighead County,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Plaintiff Eugene J. Collins, who is currently an inmate at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, naming as defendants Chris Kellums, Deputy Sheriff, Craighead County; Shannon Kellums, Officer, Caraway Police Department; Jason Kellums, Officer, Lepanto Police Department; and a John Doe defendant, Officer, Caraway Police Department (Dkt. No. 2). Pending before the Court is Mr. Collins's motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

Pursuant to the Prison Litigation Reform Act, Mr. Collins is required to submit a certificate and a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Collins's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. Collins's motion to proceed *in forma pauperis* includes a certificate and a calculation sheet; however, neither of these forms is signed by an authorized official of the Craighead County Detention Facility (Dkt. No. 1, at 3-4). Accordingly, Mr. Collins's motion to proceed *in forma pauperis* is denied without prejudice (Dkt. No. 1).

It is so ordered, this the 18th day of August, 2020.

                                                        Kristine G. Baker
                                                        United States District Court Judge