IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EUGENE J. COLLINS**                                                                       **PLAINTIFF**

v.                              Case No. 3:20-cv-00136-KGB

**CHRIS KELLUMS, Deputy Sheriff,
Craighead County,** *et al.*                                                              **DEFENDANTS**

## NOTICE

Plaintiff Eugene J. Collins, who is currently an inmate at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983. Mr. Collins sent correspondence to the Court that attaches evidence that the Court cannot process for filing. Mr. Collins is directed to notify the Court within 15 days if he would like the Court to return the evidence to him or send it to someone else on his behalf. If he would like the Court to send it to someone else, he must provide the name and mailing address of the person to whom he would like it sent.

So ordered this the 28th day of September, 2020.

_____
Kristine G. Baker
United States District Court Judge