IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EUGENE J. COLLINS**                                                                                **PLAINTIFF**

v.                        Case No. 3:20-cv-00136-KGB

**CHRIS KELLUMS, Deputy Sheriff,**
**Craighead County,** *et al.*                                                                      **DEFENDANTS**

## NOTICE

Plaintiff Eugene J. Collins, who is currently an inmate at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983. Mr. Collins sent a notice to the Court responding to a notice from the Court asking whether he would like evidence he sent to the Court returned to him or sent to someone else on his behalf. He responded that he would like the evidence sent to the State Police in Jackson County, but he did not provide the name of the person to whom he would like it sent as directed by the Court. Mr. Collins is directed to notify the Court within 15 days of the person at the State Police to whom he would like evidence sent or to send someone to pick the evidence up from the Clerk's office, because the Court cannot keep the evidence here.

So ordered this the 27th day of October, 2020.

Kristine G. Baker
United States District Court Judge