# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EUGENE J. COLLINS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　Case No. **3:20-cv-00136-KGB**

**CHRIS KELLUMS, Deputy Sheriff,**
**Craighead County,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## NOTICE

　　　　Plaintiff Eugene J. Collins, who is currently an inmate at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983. The Court received evidence from Mr. Collins that it cannot keep in the Court file. At Mr. Collins's request, the Clerk is directed to return the evidence to Mr. Collins at the Craighead County Detention Facility (Dkt. No. 21).

　　　　So ordered this the 13th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge